IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.: 1:22-cr-00273-SAG-1 |
| RASHAD MANN | * | |
| | * | |

**MEMORANDUM AND ORDER**

Defendant is charged with one count of possession of ammunition by a prohibited person in violation of 18 U.S.C. § 922(g). (ECF No. 1). After originally consenting to detention at his initial appearance, Defendant requested a detention hearing, and that hearing took place on October 19, 2022. At the conclusion of the hearing, the Court ordered Defendant detained, but indicated in its order that "Should [Pretrial Services] approve a residence and 3rd Party Custodian, Court will allow [Defendant] to move to reopen Detention Hearing." (ECF No. 17). In so stating, the Court was indicating that it would consider an approved residence and 3rd Party Custodian sufficiently "new information" to support a motion to reopen the hearing. *Id*.; *See* 18 U.S.C. 3142(f)(2)(B).

On March 17, 2023, Defendant moved to re-open the detention hearing. (ECF No. 26). The Government has filed an Opposition. (ECF No. 27). The basis of Defendant's motion is to offer Defendant's father as a 3rd Party Custodian. (ECF No. 26 at ¶ 3). As the Government points out however, Defendant concedes in his motion that Pretrial Services has not approved the proposed new 3rd Party Custodian. (ECF No. 27 at 2; ECF No. 26 at ¶ 3).

The Court was clear in its detention order that it would consider re-opening the detention hearing "should [Pretrial Services] approve a residence and 3rd Party Custodian…." The

proposed 3rd Party Custodian has not been so approved.  According, Defendant's motion (ECF No. 26) is **DENIED**.

_3/23/2023_
Date



J. Mark Coulson
United States Magistrate Judge